JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
STEPHEN G. CLOUGH, ESQ.
Nevada Bar No. 10549
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 629-7900
Facsimile: (702) 629-7925
E-mail: jag@mgalaw.com
sgc@mgalaw.com

*Attorneys for Defendants Yendry Hernandez-Echeverria,
Gretsin Consuegra Soriano, Juan Schueg-Castro, and
Jose Preito-Hernandez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GATEWAY INSURANCE COMPANY, a Missouri corporation;<br><br>Plaintiff,<br>vs.<br><br>ALEXANDER FERNANDEZ-LEON, an individual; YENDRY HERNANDEZ-ECHEVARRIA, an individual; GRETSIN CONSUEGRA SORIANO, an individual; JUAN SCHUEG-CASTRO, an individual; JOSE PRIETO-HERNANDEZ, an individual; NELLIS CAB LLC, OPERATION SERIES NELLIS CAB LLC, VEH, SERIES 102, a Nevada series limited liability company,<br><br>Defendants. | Case No.: 2:19-cv-00771-GMN-BNW<br><br>**EXTEND BRIEFING SCHEDULE RE: DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION TO DISMISS COMPLAINT FOR DECLARATORY JUDGMENT PURSUANT TO FRCP 12(b)(6) [ECF NO. 22]**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, YENDRY HERNANDEZ-ECHEVARIA ("Yendry"), GRETSIN CONSUEGRA SORIANO ("Gretsin"), JUAN SCHUEG-CASTRO ("Juan"), and JOSE PREITO-HERNANDEZ ("Jose") (collectively "Defendants"), by and through their counsel of record, MAIER GUTIERREZ & ASSOCIATES, and GATEWAY INSURANCE COMPANY ("Gateway"), by and through its counsel of record, HUTCHISON & STEFFEN, PLLC, that the deadline for Defendants to file a Reply to Plaintiff's Opposition to Defendants Motion to Dismiss Complaint for Declaratory Judgment Pursuant to FRCP 12(b)(6) [ECF No. 22] filed on July 17, 2019, currently due on July 24, 2019, shall be continued for ten (7)

1

days, through and including **July 31, 2019**.

This is the first stipulation to extend deadline.

The requested extension is necessary to allow Defendants associate attorney sufficient time to review and appropriately respond to the opposition as previous handling associate attorney is on maternity leave. This is the parties' first request for an extension related to this briefing. The extension is not intended to cause delay or prejudice to any party.

| | |
|---|---|
| DATED this 24th day of July 2019. | DATED this 24th day of July 2019. |
| **MAIER GUTIERREZ & ASSOCIATES** | **HUTCHISON & STEFFEN, PLLC** |
| ___/s/ Stephen G. Clough_____ | __/s/ Todd W. Prall_____ |
| JOSEPH A. GUTIERREZ, ESQ.<br>Nevada Bar No. 9046<br>STEPHEN G. CLOUGH, ESQ.<br>Nevada Bar No. 10549<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendants Yendry Hernandez-Echeverria, Gretsin Consuegra Soriano, Juan Schueg-Castro, and Jose Preito-Hernandez* | L. KRISTOPHER RATH, ESQ.<br>Nevada Bar No. 9154<br>TODD W. PRALL, ESQ.<br>Nevada Bar No. 9154<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145<br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9/23/2019 nunc pro tunc 7/24/2019

2