Scott A. Flinders (6975)
Todd W. Prall (9154)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
lrath@hutchlegal.com
tprall@hutchlegal.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GATEWAY INSURANCE COMPANY, a Missouri corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER FERNANDEZ-LEON, an individual; YENDRY HERNANDEZ-ECHEVARRIS, an invidual; GRETSIN CONSUEGRA SORIANO, an individual; JUAN SCHEUG-CASTRO, an individual; JOSE PRIETO-HERNANDEZ, an individual; NELLIS CAB LLC, OPERATION SERIES NELLIS CAB LLC, VEH. SERIES 102, a Nevada series limited liability company,<br><br>Defendants. | Case No.: 2:19-cv-00771-APG-BNW<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff GATEWAY INSURANCE COMPANY, provides notice that L. Kristopher Rath, Esq. is no longer associated with the law firm Hutchison & Steffen, PLLC.

/ / /

/ / /

/ / /

/ / /

/ /

Hutchison & Steffen, PLLC continues to serve as counsel for GATEWAY INSURANCE COMPANY in this action through its attorneys Todd W. Prall and Scott A Flinders. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should be directed to Scott A. Flinders, Esq.

DATED this 7 day of April, 2020.

HUTCHISON & STEFFEN, PLLC

Scott A. Flinders (6975)
Todd W. Prall (9154)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorney for Plaintiff*

## COURT APPROVAL

**IT IS SO ORDERED.**

Dated: 4/8/2020

_____
UNITED STATES MAGISTRATE JUDGE

2

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of HUTCHISON & STEFFEN, PLLC and that on this ___7___ day of April, 2020, I caused the above and foregoing document entitled **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** to be served as follows:

- ☒ Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, to be served **via electronic services;** or

- ☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

- ☐ pursuant to FRCP 5(b)(2)(D), to be sent **via facsimile;** and/or

- ☐ to be hand-delivered;

to the parties indicated below:

Joseph A. Gutierrez  
Stephen G. Clough

jag@mgalaw.com  
sgc@mgalaw.com  
bml@mgalaw.com  
cmj@mgalaw.com  
das@mgalaw.com  
djb@mgalaw.com  
jag@mgalaw.com  
jrm@mgalaw.com  
ndv@mgalaw.com

_/s/ Cindy Simmons_  
An employee of Hutchison & Steffen, PLLC

3