Scott A. Flinders (6975)
Todd W. Prall (9154)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
lrath@hutchlegal.com
tprall@hutchlegal.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GATEWAY INSURANCE COMPANY, a Missouri corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER FERNANDEZ-LEON, an individual; YENDRY HERNANDEZ-ECHEVARRIA, an individual; GRETSIN CONSUEGRA SORIANO, an individual; JUAN SCHUEG-CASTRO, an individual; JOSE PRIETO-HERNANDEZ, an individual; NELLIS CAB LLC, OPERATION SERIES NELLIS CAB LLC, VEH. SERIES 102, a Nevada series limited liability company,<br><br>Defendants. | Case No.: 2:19-cv-00771-APG-BNW<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT**<br><br>**(First Request)** |

Plaintiff Gateway Insurance Company by and through its counsel of record, Scott A. Flinders and Todd W. Prall of the law firm Hutchison & Steffen, PLLC, and Defendants Yendry Hernandez-Echevarria, Gretsin Consuegra Soriano, Juan Schueg-Castro, and Jose Prieto-Hernandez, by and through their counsel, Joseph A. Gutierrez and Stephen G. Clough of Maier Gutierrez and Associates, and Nellis Cab, LLC Operation Series, by and through their counsel Thomas E. Winner and Steven P. Canfield of Winner & Sherrod, hereby stipulate , hereby stipulate and agree that Plaintiff may amend its Complaint to as set forth in the proposed Second Amended Complaint attached to this stipulation as Exhibit 1. The proposed Second Amended Complaint does not change any of the relief sought or add parties. The purpose of

the proposed Second Amended Complaint is to add additional factual allegations that have been discovered since the case was initiated.

DATED this 6th day of April, 2020.

HUTCHISON & STEFFEN, PLLC

*/s/ Todd W. Prall*
Scott A. Flinders (6975)
Todd W. Prall (9154)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorney for Plaintiff*

DATED this 6th day of April, 2020.

MAIER GUTIERREZ & ASSOCIATES

*/s/ Stephen G. Clough*
Joseph A. Gutierrez (9046)
Stephen G. Clough (10549)
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for Defendants Yendry Hernandez-Echeverria, Gretsin Consuegra Soriano, Juan Schueg-Castro, and Jose Preito-Hernandez*

DATED the 6th day of April, 2020

WINNER & SHERROD

*/s/ Steven P. Canfield*
Thomas E. Winner (5168)
Steven P. Canfield (12711)
1117 South Rancho Drive
Las Vegas, Nevada 89102

*Attorneys for Nellis Cab, LLC*

IT IS SO ORDERED

_____
United States Magistrate Judge

Dated: __4/8/2020_____

2