Scott A. Flinders (6975)
Todd W. Prall (9154)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
lrath@hutchlegal.com
tprall@hutchlegal.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GATEWAY INSURANCE COMPANY, a Missouri corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER FERNANDEZ-LEON, an individual; YENDRY HERNANDEZ-ECHEVARRIA, an individual; GRETSIN CONSUEGRA SORIANO, an individual; JUAN SCHUEG-CASTRO, an individual; JOSE PRIETO-HERNANDEZ, an individual; NELLIS CAB LLC, OPERATION SERIES NELLIS CAB LLC, VEH. SERIES 102, a Nevada series limited liability company,<br><br>Defendants. | Case No.: 2:19-cv-00771-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR REPLY IN SUPPORT OF MOTION FOR STAY AND FOR OPPOSITION TO MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff Gateway Insurance Company ("Plaintiff") by and through its counsel of record, Scott A. Flinders and Todd W. Prall of the law firm Hutchison & Steffen, PLLC, and Defendants Yendry Hernandez-Echevarria, Gretsin Consuegra Soriano, Juan Schueg-Castro, and Jose Prieto-Hernandez ("Defendants"), by and through their counsel, Joseph A. Gutierrez and Stephen G. Clough of Maier Gutierrez and Associates, and hereby stipulate and agree to extend the time to file a reply in support of Plaintiff Gateway Insurance Company's Notice and/or Motion for Stay Due to Gateway Insurance Company's Liquidation ("Motion for Stay") (Doc. #56), which Defendants opposed (Doc. #57), and an opposition to Defendants' Countermotion to Dismiss for Want of Prosecution ("Countermotion") (Doc. #58) to August

13, 2020. Plaintiff requested this extension because it has not yet obtained necessary direction concerning how to manage this lawsuit from the receiver, and Plaintiff needs additional time to ensure that the receiver for Plaintiff can provide counsel with direction on how to proceed with the lawsuit.

Pursuant to Local Rule 6-1(B), the parties hereby aver that this is the first such discovery extension requested in this matter and is not sought for the purposes of delay.

Plaintiff and Defendants, therefore stipulate as follows:

1. That Plaintiff shall have until August 13, 2020 to file a reply in support of the its Motion for Stay (Doc. #56).

2. That Plaintiff shall have until August 13, 2020 to file an opposition to the Countermotion (Doc. #58).

DATED this 30th day of July, 2020.

HUTCHISON & STEFFEN, PLLC

*/s/ Todd W. Prall*
Scott A. Flinders (6975)
Todd W. Prall (9154)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Plaintiff*

DATED this 30th day of July, 2020.

MAIER GUTIERREZ & ASSOCIATES

*/s/ Stephen G. Clough*
Joseph A. Gutierrez (9046)
Stephen G. Clough (10549)
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for Defendants Yendry Hernandez-Echeverria, Gretsin Consuegra Soriano, Juan Schueg-Castro, and Jose Preito-Hernandez*

IT IS SO ORDERED

_____
United States District Judge

Dated: 7/30/2020

2