1  Scott A. Flinders (6975)
   Todd W. Prall (9154)
2  HUTCHISON & STEFFEN, PLLC
   Peccole Professional Park
3  10080 West Alta Drive, Suite 200
   Las Vegas, Nevada 89145
4  Telephone:  702-385-2500
   Facsimile:  702-385-2086
5  lrath@hutchlegal.com
   tprall@hutchlegal.com
6
   *Attorney for Plaintiff*
7

8                  UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10  GATEWAY INSURANCE COMPANY, a          Case No.: 2:19-cv-00771-APG-BNW
    Missouri corporation,
11
                   Plaintiff,
12
                                          **STIPULATION AND ORDER TO**
13  vs.                                   **EXTEND DEADLINES FOR REPLY**
                                          **IN SUPPORT OF MOTION FOR**
14  ALEXANDER FERNANDEZ-LEON, an          **STAY AND FOR OPPOSITION TO**
    individual; YENDRY HERNANDEZ-         **MOTION TO DISMISS**
15  ECHEVARRIA, an individual; GRETSIN
    CONSUEGRA SORIANO, an individual;     **(Third Request)**
16  JUAN SCHUEG-CASTRO, an individual;
    JOSE PRIETO-HERNANDEZ, an individual;
17  NELLIS CAB LLC, OPERATION SERIES
    NELLIS CAB LLC, VEH. SERIES 102, a
18  Nevada series limited liability company,

19                 Defendants.

20        Plaintiff Gateway Insurance Company ("Plaintiff") by and through its counsel of record,

21  Scott A. Flinders and Todd W. Prall of the law firm Hutchison & Steffen, PLLC, and

22  Defendants Yendry Hernandez-Echevarria, Gretsin Consuegra Soriano, Juan Schueg-Castro,

23  and Jose Prieto-Hernandez ("Defendants"), by and through their counsel, Joseph A. Gutierrez

24  and Stephen G. Clough of Maier Gutierrez and Associates, and hereby stipulate and agree to

25  extend the time to file a reply in support of Plaintiff Gateway Insurance Company's Notice

26  and/or Motion for Stay Due to Gateway Insurance Company's Liquidation ("Motion for Stay")

27  (Doc. #56), which Defendants opposed (Doc. #57), and an opposition to Defendants'

28  Countermotion to Dismiss for Want of Prosecution ("Countermotion")  (Doc. #58) September

1   28, 2020.

2        The Plaintiff and Defendants have, as noted in the last stipulation, agreed to dismiss this

3   action without prejudice, but would prefer that all parties who have appeared agree to the

4   dismissal without prejudice.  Nellis Cab, LLC ("Nellis") has appeared, but the counsel of record

5   has no authority from the client and new counsel needs to appear in order to enter into a

6   stipulation.  Plaintiff and Defendants previously informed the Court that they had obtained

7   information concerning a potential new counsel for Nellis.  Now Plaintiff and Defendants have

8   clearly identified and communicated with counsel who now represents Nellis in the underlying

9   state court action.  That counsel has requested additional time to confirm their representation of

10  Nellis in this action, so they can confirm an agreement to dismiss the action without prejudice.

11       As noted in the Motion to Stay, Plaintiff is under an order of insolvency.  This process

12  has caused delay in confirming counsel to represent insureds, like Nellis, and created additional

13  delay when new counsel needs to establish contact with the insureds.  Plaintiff and Defendants

14  have agreed to give new counsel for Nellis in the underlying state court action more time to

15  establish contact with Nellis, and confirm that new counsel can appear and stipulate to the

16  proposed dismissal without prejudice.

17       The parties therefore request a third extension to give Nellis Cab, LLC's new counsel in

18  the underlying action time to confirm they have authority to represent Nellis Cab, LLC in this

19  action and confirm their agreement to dismiss the case without prejudice to avoid any further

20  fees in motion practice.  This is the third request to extend time to file the reply to the motion

21  for stay and opposition to the motion to dismiss.  The parties probably did not obtain sufficient

22  time to resolve these issues in the stipulation and therefore are requesting that the Court extend

23  the time for approximately 30 days rather than two weeks.

24       Pursuant to Local Rule 6-1(B), the parties hereby aver that this is the second extension

25  requested concerning these deadlines and is not sought for the purposes of delay.

26       Plaintiff and Defendants, therefore stipulate as follows:

27       1.      That Plaintiff shall have until September 10, 2020 to file a reply in support of the

28  its Motion for Stay (Doc. #56).

1      2.     That Plaintiff shall have until September 20, 2020 to file an opposition to the

2  Countermotion (Doc. #58).

3  DATED this 27th day of August, 2020.        DATED this 27th day of August, 2020.

4  HUTCHISON & STEFFEN, PLLC       MAIER GUTIERREZ & ASSOCIATES

5

6  */s/ Todd W. Prall*               */s/ Stephen G. Clough*
   Scott A. Flinders (6975)            Joseph A. Gutierrez (9046)

7  Todd W. Prall (9154)                Stephen G. Clough (10549)
   HUTCHISON & STEFFEN, PLLC       8816 Spanish Ridge Avenue

8  Peccole Professional Park           Las Vegas, Nevada 89148
   10080 West Alta Drive, Suite 200

9  Las Vegas, Nevada 89145          *Attorneys for Defendants Yendry*
                                *Hernandez-Echeverria, Gretsin*

10  *Attorneys for Plaintiff*            *Consuegra Soriano, Juan Schueg-Castro,*
                                *and Jose Preito-Hernandez*

11

12                    IT IS SO ORDERED

13

14                    United States District Judge

15                    Dated:  August 27, 2020

16

17

18

19

20

21

22

23

24

25

26

27

28