Scott A. Flinders (6975)
Todd W. Prall (9154)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone:  702-385-2500
Facsimile:  702-385-2086
lrath@hutchlegal.com
tprall@hutchlegal.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GATEWAY INSURANCE COMPANY, a
Missouri corporation,

Plaintiff,

vs.

ALEXANDER FERNANDEZ-LEON, an
individual; YENDRY HERNANDEZ-
ECHEVARRIA, an individual; GRETSIN
CONSUEGRA SORIANO, an individual;
JUAN SCHUEG-CASTRO, an individual;
JOSE PRIETO-HERNANDEZ, an individual;
NELLIS CAB LLC, OPERATION SERIES
NELLIS CAB LLC, VEH. SERIES 102, a
Nevada series limited liability company,

Defendants.

Case No.: 2:19-cv-00771-APG-BNW

**JOINT MOTION TO DISMISS CASE
WITHOUT PREJUDICE PURSUANT
TO FRCP 41(a)(2)**

Plaintiff Gateway Insurance Company ("Plaintiff") by and through its counsel of record,

Scott A. Flinders and Todd W. Prall of the law firm Hutchison & Steffen, PLLC, and

Defendants Yendry Hernandez-Echevarria, Gretsin Consuegra Soriano, Juan Schueg-Castro,

and Jose Prieto-Hernandez ("Defendants"), by and through their counsel, Joseph A. Gutierrez

and Stephen G. Clough of Maier Gutierrez and Associates jointly move the Court for an order

dismissing this case without prejudice pursuant to FRCP 41(a)(2).

Plaintiff and Defendants would submit a stipulation to dismiss without prejudice

pursuant to FRCP 41(a)(1), but the attorney of record for Nellis Cab, LLC, another defendant in

this case, has informed Plaintiff and Defendants that he is no longer authorized to represent

1   Nellis Cab, LLC.  No counsel has been located who has been authorized to appear in this action

2   on behalf of Nellis Cab, LLC.  Nellis Cab, LLC is, however, represented by new counsel in the

3   underlying state court action and dismissal of this case without prejudice will not affect or

4   hinder Nellis Cab, LLC's ability to defend the underlying action.

5          Plaintiff had filed a Motion for Stay Due to Gateway Insurance Company's Liquidation

6   ("Motion for Stay") (Doc. #56), which Defendants opposed (Doc. #57), and Defendants also

7   filed a Countermotion to Dismiss for Want of Prosecution ("Countermotion")  (Doc. #58).

8          FRCP 41(a)(1) provides that a Plaintiff may dismiss an action without prejudice if it

9   files the notice of dismissal before an answer ir motion for summary judgment is served or with

10  a stipulation of dismissal signed by all parties who have appeared.  FRCP 41(a)(2) provides that

11  except as provided in Rule 41(a)(1), an action may be dismissed at plaintiff's request by court

12  order, "on terms that the court considers proper."  The rule further states that "If a defendant has

13  pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action

14  may be dismissed over the defendant's objection only if the counterclaim can remain pending

15  for independent adjudication."  Here, neither the defendants joining the motion nor Nellis Cab,

16  LLC has pleaded a counterclaim.  Further, as noted above, a dismissal without prejudice will

17  not prejudice Nellis Cab, LLC in defending the claims brought against it in the underlying state

18  court action.

19  / / / /

20  / / / /

21  / / / /

22  / / / /

23  / / / /

24  / / / /

25  / / / /

26  / / / /

27  / / / /

28  / / / /

2

1          Based on these facts Plaintiff hereby agreed to withdraw the Motion to Stay, Defendants

2    hereby agree to withdraw the Countermotion, and Plaintiff and Defendants jointly move the

3    dismiss the action without prejudice pursuant to FRCP 41(a)(2).

4    DATED this 18th day of September, 2020.      DATED this 18th day of September, 2020.

5    HUTCHISON & STEFFEN, PLLC      MAIER GUTIERREZ & ASSOCIATES

6

7    /s/ Todd W. Prall_____      /s/ Stephen G. Clough_____
     Scott A. Flinders (6975)      Joseph A. Gutierrez (9046)

8    Todd W. Prall (9154)      Stephen G. Clough (10549)
     HUTCHISON & STEFFEN, PLLC      8816 Spanish Ridge Avenue

9    Peccole Professional Park      Las Vegas, Nevada 89148
     10080 West Alta Drive, Suite 200

10   Las Vegas, Nevada 89145      *Attorneys for Defendants Yendry*
     *Hernandez-Echeverria, Gretsin*

11   *Attorneys for Plaintiff*      *Consuegra Soriano, Juan Schueg-Castro,*
     *and Jose Preito-Hernandez*

12

13

14

15

16

17   IT IS SO ORDERED: September 18, 2020

18

19   _____

20   ANDREW P. GORDON
     UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

3

1

## CERTIFICATE OF SERVICE

2           Pursuant to FRCP 5(b), I certify that I am an employee of HUTCHISON & STEFFEN,

3   PLLC and that on this 18th day of September, 2020, I caused the above and foregoing document

4   entitled *JOINT MOTION TO DISMISS CASE WITHOUT PREJUDICE PURSUANT TO*

5   *FRCP 41(a)(2)* to be served as follows:

6

7        ☒      through CM/ECF and the court's electronic filing system

8

9

                              */s/ Bobbie Benitez*

10                         An employee of Hutchison & Steffen, PLLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4